

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00304-CR**
**NO. 02-13-00305-CR**
**NO. 02-13-00306-CR**
**NO. 02-13-00307-CR**

CAMERON BERNARD BENNETT                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On June 17, 2013, as part of a plea-bargain agreement, Appellant Cameron Bernard Bennett pled guilty to four separate indictments charging him with second-degree-felony theft enhanced by prior convictions, and the trial court

---

[1]*See* Tex. R. App. P. 47.4.

sentenced him to two years' confinement, to run concurrently. Also on that date, the trial court certified that Appellant had waived his right of appeal in three of the cases and that he had no right of appeal in the other one.

Each of the four clerk's records contains an identical six-page document entitled "Written Plea Admonishments." The fourth page is entitled "Written Waiver of Defendant—Joined by Attorney." Item "(O)" on that page states: "I give up and waive any and all rights of appeal in this case." The next page bears the signatures of Appellant and his counsel.

Despite Appellant's and his counsel's written waivers in the clerk's records, and despite the trial court's certifications, Appellant filed pro se notices of appeal on June 26, 2013. Because the trial court's certifications indicate that the trial court had not given permission to appeal in any of the cases and that Appellant had waived his right of appeal in three of them, we notified Appellant's counsel on July 1, 2013, that these appeals could be dismissed unless Appellant or any party desiring to continue the appeals filed a response showing grounds for doing so on or before July 11, 2013. *See* Tex. R. App. P. 25.2(d), 44.3. Appellant has filed a response that we have reviewed but it does not show any grounds for continuing the appeals.

Accordingly, we dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000);

*Jackson v. State*, 168 S.W.3d 239, 243 (Tex. App.—Fort Worth, no pet.); *Stanley v. State*, 111 S.W.3d 773, 775 (Tex. App.—Fort Worth 2003, no pet.).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  September 12, 2013

3